UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

ZHU FENG, et al.,

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNSEALING ORDER

Docket No. <u>20-MJ-1025 (PK)</u>

      Upon the application of SETH D. DuCHARME, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney J. Matthew Haggans, for an order unsealing the complaint and arrest warrants in the above-captioned matter.

      WHEREFORE, it is ordered that the complaint and arrest warrants in the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
            October 28, 2020

                                                THE HONORABLE PEGGY KUO
                                                UNITED STATES MAGISTRATE JUDGE
                                                EASTERN DISTRICT OF NEW YORK